UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SANTIAGO GARCIA,

    Defendant.
_____/

Case No. 1:05:CR:13-02

HON. GORDON J. QUIST

## MEMORANDUM

Defendant Santiago Garcia has filed a motion for modification or reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) based on the modification of the Drug Quantity Table with respect to drug quantity.

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines modified U.S.S.G. § 2D1.1, the Drug Quantity Table with regard to drug quantity, and U.S.S.G. § 2D2.1(b). These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10(c).

However, the defendant is not eligible for a sentence modification because he was sentenced as a career offender. As a career offender, the defendant's sentencing guideline range was calculated under U.S.S.G. § 4B1.1, not under U.S.S.G. §§ 2D1.1 or 2D2.1. Notwithstanding defendant's Objection (dkt. # 173), Amendment 782 does not retroactively lower the defendant's sentencing guideline range. Accordingly, Defendant Santiago Garcia's motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) and for appointment of counsel (dkt. # 166) will be denied in a separate Order.

Dated: April 2, 2015

        /s/ Gordon J. Quist
        GORDON J. QUIST
        UNITED STATES DISTRICT JUDGE